JONES *v.* THE STATE.

SIMMONS, C. J.   No error of law was complained of, and the evidence authorized the verdict.      *Judgment affirmed. All the Justices concurring.*

Argued June 17, — Decided July 17, 1901.

Indictment for burglary.   Before Judge Candler.   Fulton superior court.   June 7, 1901.

*Robert L. Rodgers,* for plaintiff in error.
*C. D. Hill, solicitor-general,* contra.